UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOANNE KONG,

    Plaintiff

v.     CASE NO.:

ALLIED PROFESSIONAL INSURANCE
COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL UNDER 28 U.S.C. SETION 1441 (Diversity Jurisdiction)

PLEASE TAKE NOTE that Defendant Allied Professional Insurance Company ("APIC"), by its attorneys, removes to this Court the State Court action described below.

1. On February 27, 2007, plaintiff Joanne Kong ("Kong") filed her Complaint in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. Case No.: 07-CA-1885-CI, against defendant Patricia Ann Costello, LMT. d/b/a Appollo Center for Massage Therapy ("Costello"). Kong entered into a stipulation with Costello for a Final Judgment in favor of Kong and against Costello in the amount of $1,150,000.00. The Final Judgment was entered by the Court on or about September 6, 2007.

2. As part of the stipulation, Kong allegedly obtained the rights to pursue certain claims against APIC. On or about October 17, 2007, Kong filed a Supplemental Complaint against APIC, alleging that APIC "was a foreign insurance company" and had issued a professional liability insurance policy to Costello. In the Supplemental Complaint, Kong seeks

to enforce the $1,150,000.00 judgment against APIC. A copy of the Supplemental Complaint is attached hereto as Exhibit "A." Kong has not yet served the Supplemental Complaint on APIC.

3. Kong alleges that she is a resident of Pinellas County, Florida.

4. APIC is a foreign corporation organized and existing under the laws of the State of Arizona.

5. As a result of the Final Judgment entered against Costello, APIC is the only defendant in the State Court action.

6. APIC is entitled to remove the State Court action to this Court pursuant to 28 U.S.C. § 1441 (b). Complete diversity exists in the case and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7. By removing the State Court action, APIC does not concede any liability, duties or obligations on its part to Kong or Costello, and does not admit that Kong or Costello are entitled to any relief or damages in any amount. Also, Kong is required to pursue her claims against APIC through arbitration rather than litigation, and APIC does not waive its right to compel arbitration.

8. This Petition for Removal has been timely filed.

9. Immediately following the filing of this Notice of Removal in this Court, Defendant will give notice of the filing thereof to Plaintiff and the state court by serving a copy of this notice upon Plaintiff and the Clerk of the Circuit Court in Pinellas County, Florida.

10. Copies of all process, pleadings and orders in the Defendant's possession are attached and a complete copy of all pleadings and orders filed with Pinellas County Clerk will be filed with this court within seven (7) days of the filing of this Notice.

WHEREFORE, APIC respectfully prays for this Court to accept the removal of this action from the State Court and grant it such other and further relief as the Court deems fair and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **21st day of November, 2007,** I electronically filed the foregoing Notice of Removal using the Court's CM/ECF system and will furnish a copy via United States Mail to the Attorney for the Plaintiff, Kennan G. Dandar, Esq., Dandar & Dandar, P.A., 550 North Reo Street, Suite 106, P. O. Box 24597, Tampa, Florida 33623-4597.

        s/Philip J. Crowley
        Philip J. Crowly, Esquire
        Florida Bar No. 0191264
        HINSHAW & CULBERTSON LLP
        100 South Ashley Drive, Suite 500
        Tampa, FL 33602-5348
        Telephone: 813-276-1662
        Facsimile: 813-276-1956
        Attorney for the Defendant

6256030v1 7048395
5980365v1 844461

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA
GENERAL CIVIL DIVISION

JOANNE KONG,
    Plaintiff,
vs.

PATRICIA ANN COSTELLO, LMT.
d/b/a APOLLO CENTER FOR
MASSAGE THERAPY,
    Defendants.
_____/

JOANNE KONG,
    Plaintiff,
vs.

ALLIED PROFESSIONAL
INSURANCE COMPANY,
    Defendant.
_____/

UCN No. 5222007CA001885XXCICI
REF: 07-001885-CI-008

## SUPPLEMENTAL COMPLAINT

COMES NOW the Plaintiff, JOANNE KONG, by and through her undersigned attorney and hereby sues the Defendant, ALLIED PROFESSIONAL INSURANCE COMPANY, and alleges:

1. This is an action for damage which exceed $15,000.00 excluding costs, interest and attorney fees.

2. At all times material herein, Plaintiff, JOANNE KONG (hereinafter referred to as KONG), was a resident of Seminole, Pinellas County, Florida.

3. At all times material herein, the Defendant, ALLIED PROFESSIONALS INSURANCE COMPANY (hereinafter referred to as ALLIED), was a foreign insurance company authorized to do business in the State of Florida and was doing business in

Pinellas County, Florida, issuing a policy of professional liability insurance coverage to Patricia Ann Costello, LMT d/b/a Apollo Center for Massage Therapy.

4. On or about August 24, 2005, Plaintiff, KONG, as a client, appeared at the Apollo Center for massage therapy services with Patricia Costello, a Florida licensed massage therapist.

5. At that time and place, during the process of massage therapy, as a result of the negligence of ALLIED's insured, Patricia Costello. KONG sustained injury requiring hospitalization and ongoing medical care and treatment.

6. As a result of that negligence and damages as alleged above, KONG made a claim against ALLIED's insured, Patricia Costello, and also notified ALLIED of her claim.

7. ALLIED willfully and recklessly denied coverage and refused to defend Patricia Costello, forcing Costello to retain her own attorney and defend herself in a suit brought by KONG.

8. During the pendency of that civil litigation, and with the likelihood of sustaining a judgment for significant damages against Patricia Costello, Costello and KONG entered into a stipulation to settle, assigning all benefits and rights that Costello had with ALLIED to KONG, including any bad faith claim and the subject claim brought by KONG.

9. After intensive negotiations, KONG and ALLIED's insured, Patricia Costello, stipulated to a Final Judgment which was entered by the court and is attached hereto as Exhibit A, reflecting the amount of compensatory damages suffered by KONG as a result of the negligence of Patricia Costello.

10. KONG forwarded the attached Exhibit A, Final Judgment, to ALLIED and ALLIED has not responded to demand for payment made by KONG.

11. KONG now brings this action to enforce payment of the Final Judgment by ALLIED to KONG pursuant to the Final Judgment and §627.4136, Florida Statutes.

12. KONG has complied with all conditions precedent before filing this Supplemental Complaint against ALLIED. KONG has incurred attorney fees and will incur attorney fees in this action and appeal, if any. KONG is entitled to attorney fees pursuant to Florida Statutes, §627.428.

WHEREFORE, Plaintiff, JOANNE KONG, requests that this court enter Final Judgment against ALLIED PROFESSIONALS INSURANCE COMPANY, pursuant to the attached Exhibit A, together with post-judgment interest, costs and attorney fees.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail [X] FAX [ ] this 17th day of October, 2007, to DAVID J. ABBEY, ESQ., Post Office Box 1511, St. Petersburg, Florida 334731-2522.

KENNAN G. DANDAR, ESQ.
DANDAR & DANDAR, P.A.
550 North Reo Street, Suite 106
Post Office Box 24597
Tampa, Florida 33623-4597
813-289-3858/Fax: 813-287-0895
Florida Bar No. 289698
Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT OF
THE STATE OF FLORIDA, IN AND FOR PINELLAS COUNTY

CIVIL DIVISION

JOANNE KONG,

    Plaintiff,

vs.

PATRICIA ANN COSTELLO, LMT d/b/a
APOLLO CENTER FOR MASSAGE THERAPY,

    Defendants.

UCN: 522007CA001885XXCICI
REF: 07-001885-CI-008

RECEIVED
ST. PETERSBURG BRANCH
SEP 06 2007
KEN BURKE
CLERK CIRCUIT COURT

## FINAL JUDGMENT IN FAVOR OF PLAINTIFF, JOANNE KONG AND AGAINST PATRICIA ANN COSTELLO, LMT d/b/a APOLLO CENTER FOR MASSAGE THERAPY

DEFENDANT, PATRICIA ANN COSTELLO, LMT d/b/a APOLLO CENTER FOR MASSAGE THERAPY (hereinafter referred to as "COSTELLO") having stipulated to a Final Judgment in the amount of One Million One Hundred Fifty Thousand and no/100 Dollars ($1,150,000.00) for compensatory damages which stipulation was subject to the terms and conditions of an Agreement entered into between the Plaintiff, JOANNE KONG (hereinafter referred to as "KONG"), and COSTELLO, it is:

ORDERED and ADJUDGED that subject to the terms and conditions of the Agreement between KONG and COSTELLO Judgment is entered for KONG and against COSTELLO for compensatory damages in the amount of One Million One Hundred Fifty Thousand Dollars and no/100 Dollars ($1,150,000.00) which shall bear interest at the legal rate of eleven per cent (11%) per year.

DONE and ORDERED in St. Petersburg, Pinellas County, Florida this _____ day of _____, 2007.

ORIGINAL SIGNED
TRUE COPY

SEP 06 2007

_____
David A. Demers, Circuit Court Judge
Circuit Judge

Copies furnished to:
Kennan G. Dandar, Esquire, Attorney for Joanne Kong
David J. Abbey, Esquire, Attorney for Patricia Costello

C091 / 14541 / PL / COMP 00753560